UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON RAY STANDING BEAR,<br><br>Defendant. | 5:23-CR-50007-KES<br><br><br>ORDER ADOPTING<br>REPORT & RECOMMENDATION AND<br>SENTENCING SCHEDULING ORDER |

On July 7, 2023, defendant, Gordon Ray Standing Bear, appeared before Magistrate Judge Danetta Wollman for a change of plea hearing. Magistrate Judge Wollman issued a report recommending the court accept defendant's petition to plead guilty to the indictment, which charges him with Possession of a Firearm and Ammunition by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). Defendant waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 41) is adopted. The defendant is adjudged guilty of Possession of a Firearm and Ammunition by a Prohibited Person, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on October 23, 2023 at 11 a.m. in Rapid City Courtroom 2.

Dated July 7, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE